Fourth Appellate Department, December, 1896. Reported. 12 App. Div. 625.

PEOPLE ex rel. WILLIAM HOLZ, Appellant *v.* DANIEL O'GRADY, as Special Deputy Commissioner of Excise of Erie County, Respondent.

APPEAL from an order dismissing writ of certiorari to review the refusal of the respondent to issue a liquor tax certificate because of false statement in application.

Frederic H. Pomeroy, for Appellant.

The special deputy commissioner has no discretionary or judicial authority by virtue of which he may grant or refuse a certificate at his option. (Liquor Tax Law, §§ 17, 18, 19; *People ex rel. Rochester Whist Club* v. *Hamilton,* 17 Misc. 12).

The applicant in his statement, swearing that there are no

buildings within two hundred feet used exclusively as dwellings, the commissioner is bound by such statement.

Henry W. Brendel, for Respondent.

The order is not appealable. (Liquor Tax Law §28; Code Civil Proc. § 1361). The return of the Special Deputy Commissioner as to the facts therein stated is conclusive. (*People ex rel. Sims* v. *Commrs.* 73 N. Y. 437; *People ex rel. Simonds* v. *Ryken,* 6 Hun, 625.)

Where the Commissioner of Excise has knowledge of any fact which, if stated in the application, would prevent the issuance of the certificate, he can deny the application.

Order affirmed with ten dollars costs and disbursements. All concurred.